IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MIHALIK,
    Plaintiff,

vs.                              Case No. 3:10cv67/LAC/EMT

EXPRESSJET AIRLINES d/b/a
CONTINENTAL EXPRESS
and GEORGE SEMAK,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 4, 2010 (Doc. 3). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** for lack of jurisdiction and the clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of March, 2010.

                                            s/_L.A. Collier_
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**